**NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:13cv116 |
| | § | (Judge Clark/Judge Mazzant) |
| THANH HUYNH, HENRY HOANG, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 14, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Default Judgment [Doc. #21] be granted as to Defendants Thanh Huynh and Henry Hoang.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Default Judgment against Defendants Thanh Huynh and Henry Hoang [Doc. #21] is GRANTED.

It is further **ORDERED** that:

1.    Judgment by default is entered in favor of Plaintiff and against Defendants Thanh Huynh

and Henry Hoang.

2. Plaintiff shall recover statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) from Defendants in the amount of $10,000.

3. Plaintiff shall recover additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) from Defendants in the amount of $50,000.

4. Plaintiff shall recover attorney's fees from Defendants in the amount of $20,000, along with attorney's fees for post-trial and appellate services.

5. Defendants are enjoined from ever intercepting or exhibiting an unauthorized program in violation of the Federal Communications Act.

6. The court awards Plaintiff court costs and post-judgment interest on the amounts awarded herein at an annual rate of 0.13 from the date of the Judgment until paid.

7. All writs and process for the enforcement and collection of this judgment shall issue as necessary. In connection with any Writ of Execution in this case, the court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy the Judgment.

So **ORDERED** and **SIGNED** on March 26, 2014.

_____
Ron Clark, United States District Judge